IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOUIS NAES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 4:19-CV-2132-SEP |
| | ) |
| | ) |
| THE CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF SETTLEMENT AND REQUEST FOR SIXTY DAYS TO FILE APPROPRIATE DISMISSAL DOCUMENTATION

COME NOW the parties, by and through their respective counsel, and notify the Court of

the settlement of this case, making the current scheduling order moot.  The parties request sixty

(60) days or until August 17, 2026 to file the necessary dismissal documentation, due to the

anticipated time needed to finalize the settlement.

Respectfully submitted,

**PETRUSKA LAW, LLC**

By: _____/s/ Lynette M. Petruska_____
Lynette M. Petruska, #41212MO
lpetruska@att.net
1291 Andrew Dr.
Glendale, MO 63122
Telephone:  314-954-5031

Attorney for Plaintiff

**BEHR, MCCARTER, NEELY & GABRIS, P.C.**


By:   /s/      Joseph T. Neely, #72610MO
8000 Maryland Avenue, Suite 245
St. Louis, MO 63105
Phone: (314) 862-3800
Fax: (314) 862-3953
jneely@bmnglaw.com

Attorneys for Defendant City of St. Louis