IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LOUIS NAES,                               )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )        Case No. 4:19-CV-2132-SEP
                                          )
                                          )
THE CITY OF ST. LOUIS, MISSOURI,          )
                                          )
        Defendant.                        )

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Louis Naes, and Defendant, the City of St. Louis, Missouri, by

and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41 hereby

dismiss this lawsuit as to all parties and all claims with prejudice.  Each party to bear his/its own

costs.

Respectfully submitted,

**PETRUSKA LAW, LLC**


By:        /s/ Lynette M. Petruska
           Lynette M. Petruska, #41212MO
           lpetruska@att.net
           1291 Andrew Dr.
           Glendale, MO 63122
           Telephone:  314-954-5031

           Attorney for Plaintiff

**BEHR, MCCARTER, NEELY & GABRIS, P.C.**


By:    /s/ Joseph T. Neely, #72610MO (w/permission)
       8000 Maryland Avenue, Suite 245
       St. Louis, MO 63105
       Phone: (314) 862-3800
       Fax: (314) 862-3953
       jneely@bmnglaw.com

       Attorneys for Defendant City of St. Louis